No. 297. UNITED STATES *v.* UTAH-IDAHO SUGAR CO. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Solicitor General Jackson* for the United States. *Mr. Charles D. Hamel* for respondent.

No. 298. GRAFFIS ET AL. *v.* WOODWARD, U. S. DISTRICT JUDGE, ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Clifford C. Bradbury* for petitioners. *Messrs. John R. Nicholson* and *Frank Parker Davis* for respondents.

No. 299. AMERICAN SURETY CO. *v.* HACK, RECEIVER; and

No. 300. HACK, RECEIVER, *v.* AMERICAN SURETY CO. October 10, 1938. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Burke G. Slaymaker* for American Surety Co. *Messrs. Samuel D. Miller* and *Sidney S. Miller* for Hack. Reported below: 96 F. 2d 939.

No. 305. KROGER GROCERY CO. ET AL. *v.* MARTIN ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Frank E. Wood, Robert S. Marx, John C. Doolan,* and *Harry Kasfir* for petitioners. No appearance for respondents.

No. 319. DUPONT *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit